```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARK J. PAGE                    :      CIVIL ACTION
                                :
    v.                          :
                                :
QUAKER VALLEY FOODS, INC.       :      NO. 02-2731

## ORDER

AND NOW, this 16th day of August, 2002, upon review of the docket in this case, in which Mark Page is proceeding as plaintiff pro se, and the Court finding that:

(a) Quaker Valley Foods, Inc. filed a motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) on July 25, 2002, to which Mark Page has not filed a response;

(b) Under Local Rule of Civil Procedure 7.1(c) and Federal Rule of Civil Procedure 6, Page should have filed a response to the motion and served a copy of it on opposing counsel within fourteen days of the date on the motion, plus an additional three days because Page was served with the motion by mail; and

(c) That is, Page should have filed a response within seventeen days, by August 12, 2002;

It is hereby ORDERED that pro se plaintiff Mark Page shall file a response to the motion for a more definite statement and serve a copy of the response on opposing counsel by **September 6, 2002,** or else the Court will grant the motion as uncontested or dismiss the case for lack of prosecution.

BY THE COURT:

_____
Stewart Dalzell, J.